**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

Yi-Nung Yeh,

              Plaintiff,

   v.

Taiwan Semiconductor Manufacturing Co. Ltd., TSMC North America, TSMC Technology, Inc., TSMC Arizona Corporation, and TSMC Washington, LLC,

              Defendants.

Case No. 3:26-cv-05388-JHC

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE**

This Court, having considered Plaintiff's Motion for Leave to Effect Alternative Service Pursuant to Federal Rule of Civil Procedure 4(f)(3), Dkt. # 5, hereby GRANTS Plaintiff's Motion.

It is hereby ORDERED that Plaintiff may serve the summons and complaint in this matter on foreign defendant Taiwan Semiconductor Manufacturing Company Limited by email through its U.S. counsel: Jones Day and Fennemore Law, including Kelsey Israel-Trummel, Aaron Agenbroad, Liat Yamini, and Ann-Marie Woods of Jones Day and Jessica Post of Fennemore Law.

IT IS SO ORDERED.

Dated: June 30, 2026

John H. Chun
United States District Judge