**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| Yi-Nung Yeh,<br><br>    Plaintiff,<br><br> v.<br><br>Taiwan Semiconductor Manufacturing Co. Ltd., TSMC North America, TSMC Technology, Inc., TSMC Arizona Corporation, and TSMC Washington, LLC,<br><br>    Defendants. | Case No. 3:26-cv-05388-JHC<br><br>**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS OF COUNSEL**<br><br>Hon. John H. Chun |

NOTICE OF CHANGE OF ADDRESS  P. 1

KOTCHEN & LOW LLP
712 H STREET NE, #806
WASHINGTON, DC 20002
(202) 471-1995

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Counsel for Plaintiff and the putative class, Kotchen & Low LLP, has changed its mailing address. Kotchen & Low LLP's new address is as follows:

Kotchen & Low LLP
712 H Street NE, #806
Washington, DC 20002

**PLEASE TAKE FURTHER NOTICE** that the firm's telephone and facsimile numbers, and email addresses, will remain the same. Please update your service list accordingly.

DATED: August 3, 2026                    Respectfully submitted,

By: /s/Daniel Kotchen
Daniel Kotchen (*pro hac vice*)
**KOTCHEN & LOW LLP**
712 H Street NE, #806
Washington, DC 20002
Telephone: (202) 471-1995
Email: dkotchen@kotchen.com

*Attorney for Plaintiff and the Putative Class*

NOTICE OF CHANGE OF ADDRESS  P. 2

KOTCHEN & LOW LLP
712 H STREET NE, #806
WASHINGTON, DC 20002
(202) 471-1995