**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| Yi-Nung Yeh,<br>Plaintiff,<br>v.<br>Taiwan Semiconductor Manufacturing Co. Ltd., TSMC North America, TSMC Technology, Inc., TSMC Arizona Corporation, and TSMC Washington, LLC,<br>Defendants. | Case No. 3:26-cv-05388-JHC<br>**ORDER GRANTING JOINT MOTION REQUESTING RELIEF FROM DEADLINES ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE** |

The Court hereby grants the parties' Joint Motion Requesting Relief from Deadlines on Defendants' Motion to Dismiss and Motion to Strike (Dkt. # 22), Dkt. # 27, as follows:

| | **Previous Deadline** | **Extended Deadline** |
|---|---|---|
| Plaintiff's Opposition to Defendant's Motion to Dismiss and Motion to Strike | August 12, 2026 | August 19, 2026 |
| Defendants' Reply in Support of Their Motion to Dismiss and Motion to Strike | August 19, 2026 | September 2, 2026 |

The Court DIRECTS the Clerk to re-note the motion at Dkt. # 22 for September 2, 2026.

DATED this 7th day of July, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE