**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| YI-NUNG YEH,<br><br>Plaintiff,<br><br>v.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING CO. LTD., TSMC NORTH AMERICA, TSMC TECHNOLOGY, INC., TSMC ARIZONA CORPORATION, AND TSMC WASHINGTON, LLC,<br><br>Defendants. | Case No. 3:26-cv-05388-JHC<br><br>**STIPULATED MOTION AND ORDER REGARDING EXTENSION OF TIME FOR INITIAL SCHEDULING DATES** |

**STIPULATED MOTION**

Plaintiff Yi-Nung Yeh ("Plaintiff") and Defendants Taiwan Semiconductor Manufacturing Co. Ltd., TSMC North America, TSMC Technology, Inc., TSMC Arizona Corporation, and TSMC Washington, LLC (collectively, "Defendants"), by and through their attorneys of record, hereby stipulate and jointly request that the Court extend the initial scheduling dates set by its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Dkt. 36 ("Order"), and respectfully state the following:

1. Good cause exists for the requested extension. The parties seek to extend the initial scheduling dates while Defendants' Motion to Stay is pending. This is the parties' first request to extend these deadlines, and the requested extension will not prejudice any party.
2. The parties held their Rule 26(f) conference on November 12, 2026.
3. Defendants filed a Motion to Stay Discovery and Related Deadlines on November 12, 2026. Dkt. 37. Plaintiff intends to oppose Defendants' Motion to Stay. Defendants' Motion to Stay is noted for consideration on December 7, 2026. Dkt. 38.
4. The deadline for initial disclosures is November 18, 2026.
5. The Joint Status Report and Discovery Plan are due November 25, 2026.
6. The parties hereby stipulate to an extension of time for these deadlines.

Wherefore, the parties respectfully request that the Court grant this stipulated motion and enter an order adjusting the initial scheduling dates as follows:

| **Deadline** | **Current Schedule** | **Proposed Amended Schedule** |
|---|---|---|
| Initial Disclosures | November 18, 2026 | Seven (7) days after Court's decision on Defendants' Motion to Stay |
| Combined Joint Status Report and Discovery Plan | November 25, 2026 | Fourteen (14) days after Court's decision on Defendants' Motion to Stay |

Dated: November 18, 2026

Respectfully submitted,

*/s/ Daniel Kotchen*
Daniel Kotchen (*Pro Hac Vice*)
Lindsey Grunert (*Pro Hac Vice*)
KOTCHEN & LOW LLP
712 H Street NE, #806
24 Washington, DC 20002
Telephone: (202) 471-1995
Email: dkotchen@kotchen.com
lgrunert@kotchen.com

Law Office of Carl J. Marquardt, PLLC

*/s/ Carl J. Marquardt*
Carl Marquardt (WSBA # 23257)
Law Office of Carl J. Marquardt, PLLC
1126 34th Avenue, Suite 311
Seattle, WA 98122-5137
Telephone: 206-388-4498

*Attorneys for Plaintiff Yi-Nung Yeh*

*/s/ Aaron L. Agenbroad*
Aaron L. Agenbroad (*Pro Hac Vice*)
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: +1.415.626.3939
Email: alagenbroad@jonesday.com

Liat Yamini (*Pro Hac Vice*)
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
+1.213.489.3939
Email: lyamini@jonesday.com

Ann-Marie Woods (*Pro Hac Vice*)
Jones Day
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Email: awoods@jonesday.com

Ashley Plunk (*Pro Hac Vice*)
Jones Day
717 Texas, Suite 3300
Houston, TX 77002
Telephone: +1.832.239.3939
Email: aplunk@jonesday.com

K&L Gates LLP

*/s/ G. William Shaw*
G. William Shaw, WSBA # 8573
Joby C. Celoza, WSBA # 62483
925 Fourth Avenue
Suite 2900
Seattle, Washington 98104-1158
Tel: +1.206.370.7955
Fax: +1.206.370.6169
Email: bill.shaw@klgates.com
joby.celoza@klgates.com

*Attorneys for Defendants Taiwan Semiconductor Manufacturing Co. Ltd., TSMC North America, TSMC Technology, Inc., TSMC Arizona Corporation, and TSMC Washington, LLC*

**ORDER**

In accordance with the stipulation by the parties, Dkt. 39, and good cause having been found, the Court HEREBY ORDERS that the initial scheduling dates be extended as follows:

Initial Disclosures Pursuant to FRCP 26(a)(1): Seven (7) days after the Court's decision on Defendants' Motion to Stay, Dkt. 37.

Combined Joint Status Report and Discovery Plan: Fourteen (14) days after the Court's decision on Defendant's Motion to Stay, Dkt. 37.

**IT IS SO ORDERED.**

DATED this 18th day of November, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE